No. 00–10800. LANDEROS-TEJADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10801. MIMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10803. BAZZELL ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10804. STURGIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10805. ROGERS v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 00–10806. McFADDEN v. PADULA, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10807. KHOURI v. AULT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–10808. CORPORAN-CUEVAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–10809. ADAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10812. PIERCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10813. MAYE v. MORGAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10814. BLOM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10815. ROMERO v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10816. McCALL v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–10818. RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10819. WOLFE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.